26

## SKOLNICK v. BOARD OF COMMISSIONERS OF COOK COUNTY ET AL.

No. 91, Misc.  Decided October 16, 1967.

*William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for appellees.

PER CURIAM.

The judgment of the District Court is vacated and the cause is remanded in order that the District Court may enter a fresh decree from which appellant may, if he wishes, perfect a timely appeal to the Court of Appeals. *Moody* v. *Flowers,* 387 U. S. 97.

## RAYMOND v. TOFFANY, COMMISSIONER OF MOTOR VEHICLES OF NEW YORK.

No. 572, Misc.  Decided October 16, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.